UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DUFFY,<br><br>    Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>    Defendant. | Civil Action No.:   4:19-CV-01189-SRC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Duffy and Defendant Anheuser-Busch Companies, LLC hereby stipulate to the dismissal of this lawsuit with prejudice, with the Parties each bearing their own attorneys' fees, costs and expenses.

Dated: November 10, 2020

By: */s/ Mark G. Boyko*
Mark G. Boyko (MO Bar #57318)
**BAILEY & GLASSER LLP**
8012 Bonhomme Ave., Suite 300
Clayton, MO 63105
Tel: (314) 863-5446
Fax: (314) 863-5483
Email: mboyko@baileyglasser.com

**BAILEY & GLASSER LLP**
Gregory Y. Porter
1055 Thomas Jefferson Street, N.W.
Suite 540
Washington, DC  20007
Tel:  (202) 463-2101
Fax:  (202) 463-2103
Email: gporter@baileyglasser.com

Respectfully submitted,

By: */s/ Christian J. Pistilli*
CHRISTIAN J. PISTILLI (*pro hac vice*)
ROBERT S. NEWMAN (*pro hac vice*)
**COVINGTON & BURLING LLP**
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000

JAMES F. BENNETT (#46826)
PHILIP A. CANTWELL (#65505)
**DOWD BENNETT LLP**
7733 Forsyth Blvd., Ste. 1900
St. Louis, MO 63105
Tel: (314) 889-7300

*Attorneys for Defendant Anheuser-Busch Companies, LLC*

**IZARD, KINDALL & RAABE LLP**
Robert A. Izard (*pro hac vice*)
Mark P. Kindall (*pro hac vice*)
Douglas P. Needham (*pro hac vice*)
Seth R. Klein (*pro hac vice*)
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email:  rizard@ikrlaw.com
Email:  mkindall@ikrlaw.com
Email:  dneedham@ikrlaw.com
Email: sklein@ikrlaw.com

*Counsel for Plaintiff*